In the Matter of WILLIAM A. SCHLOBOHM et al., Respondents, against the MUNICIPAL HOUSING AUTHORITY FOR THE CITY OF YONKERS et al., Appellants.

Argued March 15, 1948; decided April 22, 1948.

*William L. Darrow* and *A. Glazier Lampke* for appellants. *William A. Walsh, Jr.,* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.